# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONE PRESLEY,<br><br>    Petitioner<br><br>    v.<br><br>WARDEN R.C. JOHNSON,<br><br>    Respondent. | Case No. 2:20-cv-01817-PA (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition With Prejudice For Untimeliness; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: May 14, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE